DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

SEAN PATRICK EMKE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

No. 2D2024-2389

———————————————

February 18, 2026

Appeal from the Circuit Court for Manatee County; Dana Moss, Judge.

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, SMITH, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.